

# IN THE

## TWELFTH COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## FOR THE STATE OF TEXAS

_____

### No. 12-22-00168-CV

### Lazy W Conservation District,
#### APPELLANT
#### V.

### ARLIS A. JONES,
#### APPELLEE

_____

### ORDER OF COMMITMENT

# TO THE SHERIFF OF SMITH COUNTY – GREETINGS:

Larry Smith, Sheriff of Smith County, Texas, is hereby commanded to take into custody and confine within the jail of Smith County Ms. Beverly Dixon, who is hereby committed to said jail for the offense of Contempt of Court as set out in the attached exact copy of the Judgment of Contempt.

Ms. Beverly Dixon, the contemnor, is ordered confined to the Smith County Jail, along with any necessary equipment for transcribing the trial, until she purges herself of contempt by preparing and filing the complete reporter's record in cause number 12-22-00168-CV, *styled Lazy W Conservation District v. Arlis A. Jones,* as set out in the attached exact copy of the Judgment of Contempt.

Herein fail not, but of this writ and notice make due return, under penalty prescribed by law, with your endorsement showing how you executed same.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 24th day of October 2022, A.D.



_Katrina McClenny_
KATRINA MCCLENNY, CLERK

**ISSUED this 24th day of October 2022.**

# OFFICER'S
# RETURN

Came to hand on this _____day of October, 2022 at \_\_\_o'clock \_\_\_.M. and executed at Smith County, Texas, on the _____ day of October, 2022 at _____ o'clock \_\_\_.M., by delivering to Ms. Beverly  Dixon, the original JUDGMENT OF CONTEMPT which accompanied this writ.

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.**

_____
SIGNATURE

_____
PRINT OR TYPE NAME

_____
TITLE

OF SMITH COUNTY